UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THEODORE COLUMBUS BROCKMAN,

                Plaintiff,                  Case No. 1:25-cv-179

v.                                   Honorable Ray Kent

DRAKE BOBAY et al.,

                Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**

for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED**

**WITHOUT PREJUDICE**.


Dated:   June 17, 2025                /s/ Ray Kent
                                           Ray Kent
                                           United States Magistrate Judge